UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDALE LOS GATOS,<br><br>　　　　Defendant. | Case No. 22-cv-01452-SVK<br><br>**ORDER TERMINATING MOTION TO DISMISS**<br><br>Re: Dkt. 14 |

On June 10, 2022, Defendant Andale Los Gatos filed a motion to dismiss the complaint of Plaintiff Brian Whitaker pursuant to Federal Rule of Civil Procedure 12(b)(1). Dkt. 14. On July 1, 2022, Plaintiff filed a First Amended Complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 19. As a result, the court terminates the motion to dismiss the original complaint as moot.

**SO ORDERED.**

Dated: July 5, 2022

SUSAN VAN KEULEN
United States Magistrate Judge